EL PUEBLO *v.* VILCHES ET AL.

APELACIÓN procedente de la Corte de Distrito de Arecibo.

No. 56.—Resuelto en marzo 14, 1907.

SENTENCIA.—Formulada una denuncia por acometimiento y agresión con circunstancias agravantes, y demostrada la existencia de tal delito por la prueba practicada en el juicio, si la sentencia declara al acusado culpable de acometimiento y agresión y le impone la pena correspondiente al delito de acometimiento y agresión con circunstancias agravantes, como ha ocurrido en el caso de autos, habrá de presumirse que la sentencia fué dictada de acuerdo con la denuncia y prueba practicada por virtud de la misma, no siendo necesario que en ella se especifique que el acometimiento y agresión era de carácter grave.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Hernández Usera.*

Abogado del apelado: *Sr. Rossy, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF emitió la opinión del tribunal.

Establecida apelación ante la Corte de Distrito de Arecibo por Manuel Vilches, contra la sentencia dictada por el tribunal municipal, dicha corte de distrito le condenó á seis meses de cárcel, á pagar una multa de $200, y al pago de una tercera parte de costas. Cada uno de los otros acusados fueron condenados á pagar una multa de cincuenta dollars y á una tercera parte de costas.

Contra la anterior sentencia se estableció recurso de apelación para ante la Corte Suprema, sugiriéndose que la sentencia apelada es excesiva, y debe revocarse ó modificarse con respecto á Vilches, porque el delito por el cual fué declarado culpable, era el de acometimiento y agresión, y el castigo para ese delito está prescrito en el artículo 5 de la Ley de marzo 10, 1904, titulada "Una Ley para determinar y castigar acometimiento, acometimiento y agresión, acometimiento con circunstancias agravantes, y acometimiento y agresión con circunstancias agravantes, y para derogar la sección 237 del Código Penal."

La acusación en el presente caso demuestra que Vilches y otros se abalanzaron sobre José Estrada con instrumentos cortantes y contundentes, causándole golpes y heridas que han sido reconocidas por el médico.

En el juicio hubo prueba tendente á mostrar que en un velorio Vilches pegó á Estrada con un foete, empleando también contra él un cortaplumas ó puñal, resultando herido Estrada en diferentes sitios; siendo una ó más de dichas heridas producidas con instrumento cortante, debido á lo cual estuvo enfermo tres semanas. La acusación imputa un delito que podría considerarse como un caso de acometimiento y agresión con circunstancias agravantes, existiendo prueba al objeto de mostrar que dicho acometimiento y agresión fué cometido, bajo las circunstancias prevenidas por las subdivisiones 7, 8 y 9 de la sección 6 de dicha ley, que determinan el acometimiento y agresión con circunstancias agravantes en la forma siguiente:

"7. Cuando se infiere una herida grave á la persona agredida.

"8. Cuando se cometiere con armas mortíferas en circunstancias que no revistiesen la intención de matar ó mutilar.

"9. Cuando se cometiere con intención premeditada para el fin calculado de inferir graves heridas corporales."

La sentencia se limita simplemente á declarar culpables á los acusados por un delito menos grave (*misdemeanor*) ó por el delito de acometimiento y agresión, sentenciando á Vilches con arreglo á la sección 8 de la ley que determina el castigo para el caso de acometimiento y agresión, con circunstancias agravantes, ó sea multa que no bajará de cincuenta dollars ni excederá de mil, ó cárcel por un período no menor de dos años, ó con ambas penas, multa y cárcel. Puesto que la acusación y la prueba demuestran que éste es un caso de acometimiento y agresión, con circunstancias agravantes, no era necesario que la sentencia expresara el hecho de que el acometimiento y agresión fué con circunstancias agravantes, debiendo considerarse la sentencia ajustada á la acusación original y á la

prueba aducida.  Hemos examinado los autos en todos los demás particulares y no encontramos error fundamental alguno, por lo que entendemos que debe confirmarse la sentencia apelada con las costas.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Hernández, Figueras y MacLeary.